# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DUSTIN RAY RHODES,** | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 08-0523-CG-C |
| **PAUL AND LINDA DAVIS** d/b/a **P&L CONSTRUCTION** and **BAMACO, INC.,** | ) |
| Defendants. | ) |

## FINAL JUDGMENT

In accordance with the court's orders entered on May 6, 2010 (Doc. 110) and October 25, 2010 (Doc. 127), it is **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor defendant, Bamaco, Inc., and against plaintiff, Dustin Ray Rhodes. Therefore, all plaintiff's claims against the defendant are hereby **DISMISSED WITH PREJUDICE**.

In accordance with the court's order entered on October 25, 2010 (Doc. 127), plaintiff is awarded EIGHTY-EIGHT THOUSAND SEVEN HUNDRED TWENTY-TWO AND 50/100 DOLLARS in attorney's fees and SEVEN THOUSAND ONE HUNDRED THIRTY-FIVE AND 53/100 DOLLARS for costs.

**DONE and ORDERED** this 29th day of October, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE